IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 PM 3: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

SYDNEY L. GRAHAM,

    Plaintiff,

vs.

NORMAN Y. MINETA, SECRETARY,
DEPARTMENT OF TRANSPORTATION,

    Defendant.

Civil No. 05-cv-02544 - MI/V

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held August 25, 2005.  Present were Amanda Williams, counsel for plaintiff, and Harriett M. Halmon, counsel for defendants. At the conference, the following dates were established as the final dates for:

1.       Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): September 8, 2005

2.       Joining Parties: October 24, 2005.

3.       Amending Pleadings:   October 24, 2005

4.       Initial Motions to Dismiss: November 30, 2005

5.       Completing All Discovery: March 15, 2006

       (a)      Document Production: March 15, 2006

       (b)      Deposition, Interrogatories, Requests for Admissions:   March 15, 2006

       (c)      Expert Witness Disclosures:

              (1)      Disclosure of Plaintiff's Rule 26 Expert: January 15, 2006

              (2)      Disclosure of Defendant's Rule 26 Expert: February 25, 2006

/18

(3)    Expert Witness Depositions: March 15, 2006

6.    Filing Dispositive Motions: April 15, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date.   All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial, and the trial is expected to last 2 days.  The

pretrial order date, pretrial conference date, and the trial date will be set by the presiding judge.

This case is appropriate for ADR

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed R.Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motions filed in this matter,   Neither party may file an additional reply, however, without leave of the court.  If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This Order has been entered after consultation with the parties pursuant to notice.

Absent good cause shown, the scheduling dates set by this Order will not be modified or

extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Date: _August 19, 2005_

APPROVED FOR ENTRY:

AMANDA WILLIAMS
MELLVILLE JOHNSON
Counsel for Plaintiff

8-19-05
Date

TERRELL L. HARRIS
UNITED STATES ATTORNEY

By HARRIETT MILLER HALMON
Assistant United States Attorney
Counsel for Defenant

8-19-05
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02544 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Amanda M. Williams
MELVILLE JOHNSON
44 Broad St., N.W.
The Grant Building
Ste. 222
Atlanta, GA 30303

Christopher D. Vaughn
MELVILLE JOHNSON
44 Broad St., N.W.
The Grant Building
Ste. 222
Atlanta, GA 30303

Alonzo H. Long
U.S. ATTORNEY'S OFFICE- Atlanta
75 Spring St., S.W.
400 United States Courthouse
Atlanta, GA 30303

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT