FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

05 AUG 23  AM 10: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SYDNEY L. GRAHAM, | ) |
| Plaintiff, | ) |
| | ) Civil Action File No. |
| vs | ) 2:05CV2544 |
| | ) |
| NORMAN Y. MINETA, SECRETARY, DEPARTMENT OF TRANSPORTATION, | ) |
| Defendant. | ) |

## ~~PROPOSED~~ ORDER TO ADMIT AMANDA M. WILLIAMS AND CHRISTOPHER D. VAUGHN AS COUNSEL

**IT APPEARING THAT** Amanda M. Williams and Christopher D. Vaughn are both members in good standing with the bar of the State of Georgia and are admitted to practice before the U.S. District Court for the Northern District of Georgia, **AND THAT** both having certified to this Court that they have received and are familiar with the Local Rules of this Court, including the Guidelines of Professional Courtesy and Conduct;

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-23-05



**IT IS ORDERED THAT** Amanda M. Williams and Christopher D. Vaughn are both specially admitted to practice before this Court in the instant matter.

ORDER PREPARED BY:
Amanda M. Williams
44 Broad Street, N.W.
Suite 222
Atlanta, Georgia 30303
Voice: 404.524.9111

_____
U.S. District Court Judge
Aug 22, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02544 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Amanda M. Williams
MELVILLE JOHNSON
44 Broad St., N.W.
The Grant Building
Ste. 222
Atlanta, GA 30303

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher D. Vaughn
MELVILLE JOHNSON
44 Broad St., N.W.
The Grant Building
Ste. 222
Atlanta, GA 30303

Alonzo H. Long
U.S. ATTORNEY'S OFFICE- Atlanta
75 Spring St., S.W.
400 United States Courthouse
Atlanta, GA 30303

Honorable Jon McCalla
US DISTRICT COURT