IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 PM 5: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SYDNEY L. GRAHAM, <br><br> Plaintiff, <br><br> v. <br><br> NORMAN Y. MINETA, SECRETARY, DEPARTMENT OF TRANSPORTATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 05-2544 Ml/V <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on August 22, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last two (2) days, is set to begin Monday, June 26, 2006 at 9:30 a.m. in courtroom no. 4.

2. A pretrial conference is set for Monday, June 19, 2006 at 8:45 a.m.

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on June 12, 2006.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-7-05

21

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this  6  day of September, 2005.

                                         JON PHIPPS McCALLA
                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02544 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Amanda M. Williams
MELVILLE JOHNSON
44 Broad St., N.W.
The Grant Building
Ste. 222
Atlanta, GA 30303

Christopher D. Vaughn
MELVILLE JOHNSON
44 Broad St., N.W.
The Grant Building
Ste. 222
Atlanta, GA 30303

Alonzo H. Long
U.S. ATTORNEY'S OFFICE- Atlanta
75 Spring St., S.W.
400 United States Courthouse
Atlanta, GA 30303

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT