IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SYDNEY GRAHAM,

    Plaintiff,

vs.

Civil No. 05-2544 — Ml

NORMAN Y. MINETA, Secretary,
Department of Transportation,

    Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION
FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

---

Upon motion of the United States, it appears that Defendant will need additional time to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents. For good cause shown, it is therefore

ORDERED that Defendant has until November 28, 2005 to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents.

_Diane K. Vescovo_
~~Judge Jon P. McCalla~~
United States ~~District Court~~ Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-16-05

...

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02544 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Alonzo H. Long
U.S. ATTORNEY'S OFFICE- Atlanta
75 Spring St., S.W.
400 United States Courthouse
Atlanta, GA 30303

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Amanda M. Williams
MELVILLE JOHNSON
44 Broad St., N.W.
The Grant Building
Ste. 222
Atlanta, GA 30303

Christopher D. Vaughn
MELVILLE JOHNSON
44 Broad St., N.W.
The Grant Building
Ste. 222
Atlanta, GA 30303

Honorable Jon McCalla
US DISTRICT COURT