FILED BY _____ D.C.

05 DEC 30 PM 1:50

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### MEMPHIS DIVISION

SYDNEY L. GRAHAM, )
)
    Plaintiff, )
)
vs. ) Civil Action File No.
) 05-2544
NORMAN Y. MINETA, )
SECRETARY, DEPARTMENT )
OF TRANSPORTATION, )
)
    Defendant. )
_____ )

## ORDER GRANTING WITHDRAWAL OF COUNSEL

This cause having come before the Court on Request to Withdraw by Amanda M. Williams, an attorney of record in the above-styled action,

IT IS HEREBY ORDERED that Amanda M. William's Request to Withdraw as Attorney of Record is GRANTED.

This 30th day of December 2005.

_____
U.S. ~~District Court~~ Judge
Magistrate

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CV-02544 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Amanda M. Williams
MELVILLE JOHNSON
44 Broad St., N.W.
The Grant Building
Ste. 222
Atlanta, GA 30303

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher D. Vaughn
MELVILLE JOHNSON
44 Broad St., N.W.
The Grant Building
Ste. 222
Atlanta, GA 30303

Alonzo H. Long
U.S. ATTORNEY'S OFFICE- Atlanta
75 Spring St., S.W.
400 United States Courthouse
Atlanta, GA 30303

Honorable Jon McCalla
US DISTRICT COURT